**EXHIBIT "A"**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
VICTOR JUZUMAS,                                    17-CV-03049 (AMD)(JO)

                Plaintiff,                              **STIPULATION OF**
                                                **DISMISSAL**

-against-

NASSAU COUNTY, New York,
"JOHN DOES 1-5",

                Defendants.
------------------------------------------------------X

                                                     X

      **IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

Dated: November 6, 2019

THE BELLANTONI LAW FIRM, PLLC
*[signature]*
By: AMY L. BELLANTONI, ESQ.
2 Overhill Road, Suite 400
Scarsdale, New York 10583


JARED A. KASSCHAU, Nassau County Attorney

By: *[signature]*
     RALPH J. REISSMAN, Deputy County Attorney
1 West Street
Mineola, New York 11501
(516) 571-3046