**BRUCE A. BLAKEMAN**  
County Executive



**THOMAS A. ADAMS**  
County Attorney

# COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

June 20, 2022

<u>VIA ECF</u>  
Hon. Ann M. Donnelly  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

   Re: Victor Juzumas v. Nassau County  
     <u>17-CV-03049 (AMD)(JO)</u>

Your Honor::

  This office represents defendant Nassau County in the above-referenced action. The purpose of this letter is to respectfully request, due to a conflict in my schedule, that the court conference scheduled for Monday, August 1, 2022 at 10:00 a.m. be adjourned to Tuesday or Wednesday, August 2 or 3, 2022. The reason for this request is that on Monday, August 1, 2022 I am already scheduled to appear at 10:00 a.m. before the Hon. James M. Wicks at the Central Islip courthouse in the case of *Parada v. Nassau County*, 21-CV-04803 (DRH)(JMW).

  Defendant Nassau County therefore respectfully requests that the court conference before Your Honor scheduled for Monday, August 1, 2022 at 10:00 a.m. be adjourned to Tuesday or Wednesday, August 2 or 3, 2022.

  Thank you for your attention and consideration in this matter.

              Respectfully submitted,

              <u>/s/ Ralph J. Reissman</u>  
              RALPH J. REISSMAN  
              Deputy County Attorney

<u>cc: (Via ECF)</u>  
Amy Bellantoni, Esq.  
Attorney for Plaintiff