

| | |
|---|---|
| **BRUCE A. BLAKEMAN**<br>County Executive | **THOMAS A. ADAMS**<br>County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

August 11, 2022

VIA ECF
Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Victor Juzumas v. Nassau County (17-CV-03049) (AMD)(JO)

Your Honor:

      This office represents defendant Nassau County in the above-referenced action. The purpose of this letter is (1) to provide a joint status report and (2) to respectfully request that the court conference scheduled for August 24, 2022 at 10:00 a.m. be adjourned, as the parties are in the process of negotiating a settlement of this action.

      As Your Honor will recall, the conference scheduled for August 3, 2022 was adjourned due to plaintiff's counsel's unavailability. Subsequently, I spoke with plaintiff's counsel, Amy L. Bellantoni, Esq. and we discussed settling this action in mutually agreeable terms. At this point I am waiting for Mr. Bellantoni to provide an accounting of her attorney's fees and printing costs in connection with plaintiff's appeal to the Second Circuit, and I will try to obtain settlement authority based on that accounting. I anticipate that this process will require two weeks from today to resolve.

      For these reasons, counsel for plaintiff and defendant respectfully request that the August 24, 2022 court conference be adjourned to allow the parties sufficient time to work out a settlement.

      The parties thank Your Honor for your attention and consideration in this matter.

      Respectfully submitted,

      /s/ Ralph J. Reissman
      RALPH J. REISSMAN
      Deputy County Attorney

cc: (Via ECF)
Amy L. Bellantoni, Esq.
Attorney for Plaintiff