**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

September 20, 2022

<u>VIA ECF</u>
Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Victor Juzumas v. Nassau County (17-CV-03049) (AMD)(JO)</u>

Your Honor:

  This office represents defendant Nassau County in the above-referenced action. The purpose of this letter is advise the Court that the parties have reached a financial settlement, with the approval of the County Attorney. I will be drafting a Settlement Agreement and Release in order to request issuance of payment from the Nassau County Comptroller. I anticipate that payment should be issued within forty-five (45) days.

  The parties thank Your Honor for your attention and consideration in this matter.

              Respectfully submitted,

              /s/ Ralph J. Reissman
              RALPH J. REISSMAN
              Deputy County Attorney

<u>cc: (Via ECF)</u>
Amy L. Bellantoni, Esq.
Attorney for Plaintiff