**BRUCE A. BLAKEMAN**
County Executive

**THOMAS A. ADAMS**
County Attorney



**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

December 14, 2022

VIA ECF
Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Victor Juzumas v. Nassau County (17-CV-03049) (AMD)(JO)

Your Honor:

  This office represents defendant Nassau County in the above-referenced action. The purpose of this letter is to advise the Court of the status of settlement. The parties have reached a financial settlement which has been approved by the County Attorney. I submitted a payment request to the Nassau County Comptroller on November 30, 2022. I anticipate that the Comptroller's Office will issue a payment check to me in the next 3-4 weeks, after which I will mail the settlement check to plaintiff's counsel. I will advise the Court when the settlement check is mailed out and file a Stipulation and Order of Dismissal.

  The parties thank Your Honor for your attention and consideration in this matter.

            Respectfully submitted,

            /s/ Ralph J. Reissman
            RALPH J. REISSMAN
            Deputy County Attorney

cc: (Via ECF)
Amy L. Bellantoni, Esq.
Attorney for Plaintiff