EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
VICTOR JUZUMAS,    17-CV-03049 (AMD)(JO)

                Plaintiff,    **STIPULATION OF**
                    **DISMISSAL**

-against-

NASSAU COUNTY, New York,
"JOHN DOES 1-5",

                Defendants.
---------------------------------------------------------X

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

Dated: ~~September~~ October 7, 2022

THE BELLANTONI LAW FIRM, PLLC

By: *Amy L Bellantoni*
AMY L. BELLANTONI, ESQ.
2 Overhill Road, Suite 400
Scarsdale, New York 10583

THOMAS A. ADAMS, Nassau County Attorney

By: _____
RALPH J. REISSMAN, Deputy County Attorney
1 West Street
Mineola, New York 11501
(516) 571-3046

8